IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| **CURTIS REED HOSENDOVE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:14-cv-00068 |
| v. | ) | |
| | ) | Judge Nixon |
| **CAROLYN W. COLVIN,** | ) | Magistrate Judge Knowles |
| **Acting Commissioner of Social Security,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pursuant to 28 U.S.C. § 294(b), the undersigned is unable or unwilling to undertake this matter. Accordingly, I hereby **RECUSE** myself and return this case to the Clerk of Court for reassignment to another judge.

It is so ORDERED.

Entered this the ___ day of August, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT