UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| CURTIS REED HOSENDOVE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | No. 1-14-00068 |
| v. ) | Chief Judge Haynes |
| ) | |
| CAROLYN W. COLVIN, ) | |
| ACTING COMMISSIONER ) | |
| OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Pursuant to Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1)(A) and (B), this case is **REFERRED** to the Magistrate Judge for a scheduling order, for decision on all non-dispositive matters, and for a Report and Recommendation on disposition of Plaintiff's Complaint for judicial review of the decision of the Social Security Administration.

It is so **ORDERED**.

**ENTERED** this the ___ day of August, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court